**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MEHMET SALIM YILMAZ, | ) | |
| Petitioner, | ) | |
| | ) | Civil No. 26-26 |
| v. | ) | |
| | ) | |
| LEONARD ODDO, et. al., | ) | |
| Respondents. | ) | |

**JUDGMENT**

AND NOW, this 15th day of April, 2026, IT IS HEREBY ORDERED that pursuant to

Rule 58 of the Federal Rules of Civil Procedure, judgment is entered in favor of Respondents

and against Petitioner.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Court Judge